IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTONIO P. SALAZAR, in his official capacity

    Plaintiff,

v.

FORTIVA FINANCIAL, LLC, et al.

    Defendant.

\* \* \* \*

Case No. 1:21-cv-00866-ELH

## MOTION FOR ADMISSION PRO HAC VICE

I, __Douglas Gansler__, am a member in good standing of the bar of this Court. I am moving the admission of __Jonathan M. Watkins__ to appear pro hac vice in this case as counsel for __The Bank of Missouri a/b/m to Mid-America Bank & Trust Company, Atlanticus Services Corporation, and Fortiva Financial, LLC__.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

   State Court & Date of Admission      U.S. Court & Date of Admission

   See attached Addendum

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court __0__ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' **Rules of Professional** Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Douglas Gansler | /s/ Jonathan M. Watkins (signed by Douglas Gansler with permission of Jonathan M. Watkins) |
| Signature | Signature |
| Douglas Gansler (21010) | Jonathan M. Watkins |
| Printed name and bar number | Printed name |
| Cadwalader, Wickersham & Taft | Cadwalader, Wickersham & Taft |
| Office name | Office name |
| 700 Sixth Street, N.W. Washington, D.C. 20001 | 200 Liberty Street, New York, NY 10281 |
| Address | Address |
| (202) 862-2300 | (212) 504-6000 |
| Telephone number | Telephone number |
| (212) 504-6666 | (212) 504-6666 |
| Fax Number | Fax Number |
| douglas.gansler@cwt.com | jonathan.watkins@cwt.com |
| Email Address | Email Address |

Addendum

## Additional Information Regarding the Application for Admission Pro Hac Vice of and for Jonathan M. Watkins

Response to Question 2

| State | Date of Admission |
|---|---|
| 1. New York | 6/27/2006 |
| 2. North Carolina | 4/8/2011 |
| 3. District of Columbia | 10/4/2010 |
| | |
| **U.S. Court** | |
| 1. United States Court of Appeals for the Second Circuit | 5/8/2015 |
| 2. United States Court of Appeals for the Fourth Circuit | 1/9/2012 |
| 3. United States Court of Appeals for the Eleventh Circuit | 1/23/2015 |
| 4. United States District Court for the Southern District of New York | 8/19/2008 |
| 5. United States District Court for the Eastern District of New York | 1/19/2013 |
| 6. United States District Court for the Western District of North Carolina | 4/28/2011 |
| 7. United States District Court for the Middle District of North Carolina | 7/20/2011 |
| 8. United States District Court for the Eastern District of North Carolina | 1/19/2013 |
| 9. United States District Court for North Dakota | 12/12/2014 |