# EXHIBIT 6



# State Adoption of NMLS ESB



State Regulatory Registry LLC, last updated 10/11/2021

# Company Licenses Accepting NMLS ESB

Need help understanding this information? [Click here](#)

| Agency Name<br>(Conversion Plans Available via Links Below) | Company License Type<br>*Branch Bonds are Not Accepted* | Mandatory/Optional Dates | Accept Cancellation in NMLS? | Continuation Certificates |
|---|---|---|---|---|
| [Alaska Division of Banking & Securities](#) | • Mortgage Broker/Lender License<br>• Registered Depository Institution Registration<br>• Money Transmitter License<br>• [Deferred Deposit Advance License](#)* | For MBL & RDIR: 1/23/2017 — Mandatory New Application<br>12/31/2017 — Conversion Deadline<br>For MTs: 2/1/2018 — Mandatory New Application<br>10/31/2018 — Conversion Deadline<br>5/1/2020—Mandatory New Application<br>10/31/2020—Conversion Deadline | Yes | No |
| [Arkansas Securities Department](#) | • Mortgage Broker License<br>• Mortgage Banker License<br>• Mortgage Servicer License<br>• Combination Mortgage Broker, Mortgage Banker, Money Servicer License<br>• Money Transmitter License | 4/30/2022 – Conversion Deadline | Yes | No |
| [California Department of Financial Protection and Innovation](#)<br><br>*New license in NMLS 9/1/2021 | • [Student Loan Servicer License](#)<br>• [California Financing Law](#)<br>• [Residential Mortgage Lending Act (CRMLA) license](#)<br>• [Debt Collection License](#) | 1/1/2018—Mandatory New Application<br>N/A— Conversion Deadline<br>4/1/2021– Mandatory New Application<br>12/31/2021 – CRMLA Conversion Deadline | Yes | No |
| [Colorado Division of Banking](#) | • [Money Transmitters License](#) | 10/1/2020—Mandatory New Application | Yes | No |
| Connecticut Department of Banking | • [Consumer Collection Agency License](#)<br>• [Debt Adjuster For-Profit License](#)<br>• [Debt Adjuster Non-Profit License](#)<br>• [Debt Negotiation License (Unsecured Debt Bond)](#)<br>• [Debt Negotiation License (MLO Sponsor Bond)](#)<br>• [Exempt Company Registration](#)<br>• [Mortgage Servicer License](#)<br>• [Mortgage Lender License](#)<br>• [Mortgage Correspondent License](#)<br>• [Mortgage Broker License](#)<br>• [Money Transmission License](#) | 12/31/2022 – Mandatory Deadline | Yes | No |
| [Delaware Office of the State Bank Commissioner](#) | • [Check Seller, Money Transmitter License](#) | 4/15/2020—Available for New Application<br>N/A—Conversion Deadline | Yes | No |

# Company Licenses Accepting NMLS ESB

Need help understanding this information? [Click here](#)

| Agency Name (Conversion Plans Available via Links Below) | Company License Type *Branch Bonds are Not Accepted* | Mandatory/Optional Dates | Accept Cancellation in NMLS? | Continuation Certificates |
|---|---|---|---|---|
| [District of Columbia Department of Insurance, Securities and Banking](#) | • [Appraisal Management Company License*](#)<br>• [Check Casher License](#)<br>• [Money Lender License](#)<br>• [Money Transmitter License](#)<br>• [Mortgage Broker License](#)<br>• [Mortgage Dual Authority License](#)<br>• [Mortgage Lender License](#)<br>• [Student Loan Servicer License](#) | 8/1/2020—Available for New Application | Yes | No |
| [Georgia Department of Banking and Finance](#) | • [Money Transmitter License](#)<br>• [Mortgage Broker/Processor License/Registration](#)<br>• [Mortgage Lender License/Registration](#)<br>• [Seller of Payment Instruments License](#)<br>• [Installment Lender License*](#) | 9/1/2020—Mandatory New Application | Yes | No |
| [Guam Department of Revenue and Taxation](#) | • [Mortgage Servicer License](#)<br>• [Residential Mortgage Lender and Servicer License](#)<br>• [Residential Mortgage Lender License](#) | 5/1/2017—Mandatory New Application<br>9/1/2017 — Conversion Deadline | Yes | No |
| [Idaho Department of Finance](#) | • [Collection Agency License](#)<br>• [Money Transmitter License](#) | 6/1/2018 – Available for New Applicants<br>N/A – Conversion Deadline<br>**Note:** The use of NMLS for ID Money Transmitter licensees/applicants is OPTIONAL. If you choose to use NMLS to manage your license, you must use ESB to manage your surety bond. | Yes | No |

# Company Licenses Accepting NMLS ESB

Need help understanding this information? [Click here](#)

| Agency Name (Conversion Plans Available via Links Below) | Company License Type *Branch Bonds are Not Accepted* | Mandatory/Optional Dates | Accept Cancellation in NMLS? | Continuation Certificates |
|---|---|---|---|---|
| [Illinois Department of Financial and Professional Regulation, Division of Banking](#) | • [Residential Mortgage License](#)<br>• [Exempt Company Registration](#)<br>• [Exempt Entity Processor Registration](#) | 1/23/2017 — Mandatory New Application<br>12/31/2017 — Conversion Deadline<br>5/24/2019 – Mandatory New Application | Yes | No |
| [Indiana Department of Financial Institutions](#) | • [Debt Management License](#)<br>• [Exempt Company Registration](#)<br>• [First Lien Mortgage Lending License](#)<br>• [Money Transmitter License](#)<br>• [Subordinate Lien Mortgage Lending License](#) | 9/12/2016 – Mandatory New Application<br>12/31/2016 – Conversion Deadline | Yes | No |
| [Indiana Secretary of State, Securities Division](#) | • [Loan Broker License](#)<br>• [Collection Agency License](#) | 7/1/2020—Mandatory New Application<br>12/31/2020 — Conversion Deadline | Yes | No |
| [Iowa Division of Banking](#) | • [Closing Agent License](#)<br>• [Debt Management License](#)<br>• [Exempt Company Registration](#)<br>• [Money Services License](#)<br>• [Mortgage Banker License](#)<br>• [Mortgage Broker License](#) | 9/12/2016 – Mandatory New Application<br>12/31/2016 – Conversion Deadline | Yes | No |
| [Kansas Office of the State Bank Commissioner](#) | • [Money Transmitter License](#)<br>• [Mortgage Company License](#)<br>• [Supervised Loan License](#)<br>• [Credit Services Organization License](#) | 10/1/2018 – Mandatory New Application<br>8/31/2019 – Conversion Deadline | Yes | No |
| [Kentucky Department of Financial Institutions](#) | • [Consumer Loan License](#)<br>• [Check Cashing](#)<br>• [Money Transmitter License](#)<br>• [Mortgage Broker License](#)<br>• [Mortgage Company License](#)<br>• [Deferred Deposit Service Business](#)<br>• [Deferred Deposit Business Registration](#) | 1/1/2020—Mandatory New Application<br>12/31/2020—Mandatory Transition<br><br>5/15/2021 –Mandatory New Application<br>12/31/2021 – Conversion Deadline | Yes | No |

# Company Licenses Accepting NMLS ESB

Need help understanding this information? [Click here](#)

| Agency Name (Conversion Plans Available via Links Below) | Company License Type *Branch Bonds are Not Accepted* | Mandatory/Optional Dates | Accept Cancellation in NMLS? | Continuation Certificates |
|---|---|---|---|---|
| [Louisiana Office of Financial Institutions](#) | • [Pawnbroker Main Office (in-state) (PMOIS)](#) <br> • [Pawnbroker Main Office (out-of-state) (PMOOS)](#) <br> • [Residential Mortgage Lending License(RMLL)](#) <br> • [Sale of Checks and Money Transmitter (SCMT)](#) <br> • [Virtual Currency Business Activity License (VCBA)](#) | For RMLL and SCMT <br> 1/23/2017 — Mandatory for New Applications <br> TBD — Conversion Deadline <br> For PMOIS and PMOOS (Optional) <br> 1/23 — Available for New Applications <br> TBD—Conversion Deadline <br><br> For VCBA <br> 8/1/2020—Mandatory for New App. <br> N/A—Conversion Deadline | Yes | No |
| [Massachusetts Division of Banks](#) <br><br> *New License in NMLS 6/1/2021* | • [Check Seller (CS)](#) <br> • [Debt Collector (DC)](#) <br> • [Foreign Transmittal Agency (FT)](#) <br> • [Mortgage Broker License (MB)](#) <br> • [Mortgage Lender License (ML)](#) <br> • [Exempt Company Registration (EC)](#) <br> • [Student Loan Servicer License](#) <br> • [Automatic Federal Student Loan Servicer License](#) | 9/12/2016 – Mandatory for New Application <br> For MB, ML and EC – <br> 12/15/2016 – Conversion Deadline <br> For CS, DC, FT – <br> 12/31/2016 – Conversion Deadline <br><br> 6/1/2021 – Mandatory for New Applicants <br> 6/1/2021 – Mandatory for New Applicants | Yes | No |
| [Maryland Commissioner of Financial Regulation](#) | • [Collection Agency License](#) <br> • [Consumer Loan License](#) <br> • [*Consumer Reporting Agency Registration](#) <br> • [Credit Services Business License](#) <br> • [Debt Management License](#) <br> • [Installment Loan License](#) <br> • [Money Transmitter License](#) <br> • [Mortgage Lender License](#) <br> • [Debt Settlement Services Provider Registration](#) <br> • [Exempt Company Registration](#) | *11/1/2020—Optional for New Applications | Yes | No |
| [Michigan Department of Insurance and Financial Services](#) | • [1st Mortgage Broker License](#) <br> • [1st Mortgage Broker/Lender License](#) <br> • [1st Mortgage Broker/Lender/Servicer License](#) <br> • [2nd Mortgage Broker License](#) <br> • [2nd Mortgage Broker Registrant](#) <br> • [2nd Mortgage Broker/Lender License](#) <br> • [2nd Mortgage Broker/Lender Registrant](#) <br> • [2nd Mortgage Broker/Lender/Servicer License](#) <br> • [2nd Mortgage Broker/Lender/Servicer Registrant](#) <br> • [Consumer Financial Services Class I License](#) <br> • [Consumer Financial Services Class II License](#) <br> • [Money Transmitter License](#) | 1/1/2018 — Mandatory for New Application <br> 12/31/2018 — Conversion Deadline | Yes | No |

# Company Licenses Accepting NMLS ESB

Need help understanding this information? [Click here](#)

| Agency Name (Conversion Plans Available via Links Below) | Company License Type *Branch Bonds are Not Accepted* | Mandatory/Optional Dates | Accept Cancellation in NMLS? | Continuation Certificates |
|---|---|---|---|---|
| [Minnesota Department of Commerce](#) | • [Accelerated Mortgage Payment Provider License](#)<br>• [Credit Services Organization License](#)<br>• [Currency Exchange License](#)<br>• [Electronic Financial Terminal License](#)<br>• [Money Transmitter License](#)<br>• [Residential Mortgage Originator License](#)<br>• [Residential Mortgage Originator Exemption](#)<br>• [Residential Mortgage Servicer License](#)<br>• [Residential Mortgage Servicer Exemption](#)<br><br>• [Debt Management Services Provider Company License](#)<br>• [Debt Settlement Services Provider Company License](#)<br><br>• [PACE Administrator License](#) | 1/23/2017 — Mandatory New Application<br>9/30/2017 — Conversion Deadline<br><br><br><br>10/1/2017 — Mandatory New Application<br>12/1/2017 — Conversion Deadline<br><br><br><br>8/1/2018 — Mandatory For All Applicants<br>N/A – Conversion Deadline | Yes | No |
| [Mississippi Department of Banking and Consumer Finance](#) | • [Mortgage Broker License](#)<br>• [Mortgage Lender License](#) | 1/23/2017 — Available for New Applications<br>TBD — Conversion Deadline | Yes | No |
| [Missouri Division of Finance](#) | • [Company License](#) | 12/1/2018 – Optional for New Applications<br>Optional Conversion | Yes | No |
| [Montana Division of Banking and Financial Institutions](#) | • [Deferred Deposit Lender License](#)<br>• [Escrow Business License](#)<br>• [Independent Contractor Entity License](#)<br>• [Mortgage Broker License](#)<br>• [Mortgage Lender License](#)<br>• [Mortgage Servicer License](#) | 1/23/2017 — Mandatory for New Applications<br>12/31/2017 — Conversion Deadline | Yes | No |
| [Nebraska Department of Banking and Finance](#) | • [*Delayed Deposit Services License](#)<br>• [Mortgage Banker License](#)<br>• [Mortgage Banker Registration](#)<br>• [Installment Loan License](#)<br>• [Installment Sales License](#)<br>• [Money Transmitter License](#) | *1/1/2021—Mandatory for New Applications<br>TBD—Conversion Deadline | Yes | No |
| [Nebraska Secretary of State](#)<br>*New License in NMLS 9/1/2021* | • [Collection Agency License](#) | TBD—Conversion Deadline | Yes | No |

# Company Licenses Accepting NMLS ESB

Need help understanding this information? Click here

| Agency Name (Conversion Plans Available via Links Below) | Company License Type *Branch Bonds are Not Accepted* | Mandatory/Optional Dates | Accept Cancellation in NMLS? | Continuation Certificates |
|---|---|---|---|---|
| **Nevada Division of Mortgage Lending**<br><br>*Note:* Exemptions not claimed under NAC 645B.043 or NAC 645E.080 may convert their voluntary bonding to electronic surety bond. Click<br>Click here to access the NV Optional Conversion Plan. | • Exempt Company Registration<br>• Mortgage Banker License<br>• Mortgage Broker License<br>• Mortgage Servicer License<br>• Supplemental Mortgage Servicer License<br>• Mortgage Company License | 12/1/2017 — Mandatory for New Application<br>11/1/2018 — Conversion Deadline for all license types listed except Exempt Company Registrations not claimed under NAC 645B.043 or NAC 645E.080.<br><br>New License Type in NMLS Effective 1/1/2020—Mandatory for New Application<br>3/30/2020—Conversion Deadline for all former Mortgage Broker/Banker Licensees | Yes | No |
| **New Hampshire Banking Department** | • Sales Finance Company License<br>• Small Loan Lender License<br>• Mortgage Servicer License<br>• Mortgage Banker License<br>• Mortgage Broker License<br>• Money Transmitter License<br>• Debt Adjuster License | 10/1/2020—Mandatory for New Application<br>9/1/2021—Conversion Deadline | Yes | Yes |
| **New Jersey Department of Banking & Insurance** | • Mortgage Servicer License<br>• RMLA-Licensed Mortgage Servicer Registration<br>• Student Loan Servicer & Federal Contact SLS | New License Types in NMLS Effective 9/15/2020—Mandatory for New Application | Yes | No |
| **North Carolina Office of the Commissioner of Banks** | • Money Transmitter License<br>• Mortgage Broker License<br>• Mortgage Lender License<br>• Mortgage Servicer License | 6/1/2018 — Mandatory for New Application<br>12/31/2018 — Conversion Deadline | Yes | No |
| **North Dakota Department of Financial Institutions** | • Collection Agency License<br>• Debt Settlement Service Provider License<br>• Exempt Company Registration<br>• Money Broker License<br>• Money Transmitter License | 1/23/2017 — Mandatory for New Application<br>12/31/2017 — Conversion Deadline | Yes | No |
| **Ohio Division of Financial Institutions** | • Money Transmitter License<br>• Short-Term Lender License<br>• Short-Term Lender Nonprofit License<br>• Credit Services Organization Certificate of Registration<br>• Residential Mortgage Lending Act License<br>• Residential Mortgage Lending Act Exemption<br>• Third Party Underwriter License<br>• Precious Metals Dealer | 4/23/2020 — Mandatory for New Application<br>6/1/2020 — Conversion Deadline<br><br>5/15/2020—Mandatory for New Application<br><br>6/1/2020—Mandatory for New Application | Yes | No |
| **Oklahoma Department of Consumer Credit** | • Mortgage Lender License<br>• Small Lender License | 9/7/2020—Mandatory for New Application<br>7/1/2021—Conversion Deadline | Yes | No |

# Company Licenses Accepting NMLS ESB

Need help understanding this information? Click here

| Agency Name (Conversion Plans Available via Links Below) | Company License Type *Branch Bonds are Not Accepted* | Mandatory/Optional Dates | Accept Cancellation in NMLS? | Continuation Certificates |
|---|---|---|---|---|
| Oregon Division of Financial Regulation | - Collection Agency Registration<br>- Consumer Finance License<br>- Consumer Finance Registration<br>- Debt Management Service Provider Registration<br>- Exempt Company Registration<br>- Money Transmitter License<br>- Mortgage Lending License<br>- Mortgage Servicer License (MSL) | 4/15/2017 — Mandatory for New Application<br>12/31/2018 — Conversion Deadline<br><br>For MSL: 11/1/2017 — Mandatory for New Applications | Yes | No |
| Rhode Island Department of Business Regulation | - Check Cashier License<br>- Debt Management Services Registration<br>- Electronic Money Transfers<br>- Lender License<br>- Loan Broker License<br>- Sales of Checks<br>- Small Loan Lender<br>- Third Party Loan Servicer License<br>- Student Loan Servicer Registration<br>- Currency Transmitter License | 1/23/2017 — Mandatory for New Applications<br>12/31/2017 — Conversion Deadline<br><br>11/1/2019 – Mandatory for New Applications/Transitions | Yes | No |
| South Carolina State Board of Financial Institutions | - Mortgage Lender/Servicer License | 1/15/2020—Mandatory for New Applicants<br>12/31/2020—Conversion Deadline | Yes | No |
| South Carolina Office of the Attorney General | - Money Transmitter License | 5/14/2018 – Mandatory for All Applicants<br>N/A – Conversion Deadline | Yes | No |
| South Dakota Division of Banking | - Exempt Mortgage Company Registration<br>- Mortgage Brokerage License<br>- Mortgage Lender License<br>- Money Lender License<br>- Money Transmitter License | 7/1/2019 — Mandatory for New Application<br>12/31/2020 — Conversion Deadline | Yes | No |
| Tennessee Department of Financial Institutions | - Industrial Loan & Thrift Registration<br>- Money Transmitter License<br>- Flexible Credit License<br>- Mortgage License<br>- Title Pledge Lender License | 6/1/2019—Mandatory for New Applications<br>12/31/2019—Conversion Deadline | Yes | No |
| Texas Department of Banking | - Money Transmitter License | 9/12/2016 – Optional for New Application<br>Optional Conversion | Yes, if in NMLS | No |
| Utah Department of Financial Institutions | - Money Transmitter License | 1/1/2018 — Mandatory for New Application<br>12/31/2018 — Conversion Deadline | Yes | No |

# Company Licenses Accepting NMLS ESB

Need help understanding this information? [Click here](#)

| Agency Name (Conversion Plans Available via Links Below) | Company License Type *Branch Bonds are Not Accepted* | Mandatory/Optional Dates | Accept Cancellation in NMLS? | Continuation Certificates |
|---|---|---|---|---|
| [Virginia Bureau of Financial Institutions](#) | - [Money Order Seller & Money Transmitter License](#)<br>- [Qualified Education Student Loan Servicer](#)<br>- [Qualified Education Loan Servicer – Federal Contractor](#) | Mandatory -- 9/1/2019<br>Mandatory -- 3/1/2021 | Yes | No |
| [Vermont Department of Financial Regulation](#) | - [Debt Adjuster (DA)](#)<br>- [Lender License (LL)](#)<br>- [Loan Servicer License (LS)](#)<br>- [Loan Solicitation License (LSL)](#)<br>- [Mortgage Broker License (MB)](#)<br>- [Mortgage Broker Sole Proprietor License (MBSP)](#)<br>- [Money Transmitter (MT)](#)<br>- [Litigation Funding Registration (LF)](#)<br>- [Combination License](#) | For DA, MT, LF –<br>9/12/2016 – Mandatory for New Applications<br>11/1/2016 – Conversion Deadline<br>For LL, LS, MB, MBSP –<br>9/12/2016 – Mandatory for New Applications<br>6/30/2017 – Conversion Deadline<br>For LSL –<br>5/22/2017 – Mandatory for New Applications<br>11/30/2019—Mandatory for New Applications | Yes | No |
| [Washington Department of Financial Institutions](#) | - [Check Casher w/ Small Loan Endorsement (CC)](#)<br>- [Consumer Loan Company License (CLC)](#)<br>- [Currency Exchanger License (CE)](#)<br>- [Money Transmitter License (MT)](#)<br>- [Mortgage Broker License (MB)](#) | For MB –<br>9/12/2016 – Mandatory for New Applications<br>12/31/2017 – Conversion Deadline<br>For CLC –<br>1/23/2017 — Mandatory for New Applications<br>3/1/2018 — Conversion Deadline<br>For MT –<br>7/17/2017 – Mandatory for New Applications<br>7/1/2018 – Conversion Deadline<br>For CC –<br>7/17/2017 – Available for New Applications*<br>7/1/2018 – Conversion Deadline*<br>For CE –<br>7/17/2017 – Available for New Applications<br>N/A** – Conversion Deadline<br>*CC have alternatives to a bond, only those with a bond must use ESB in NMLS<br>**CE have not had a bond requirement so no paper bonds exist to be converted | Yes | No |
| [West Virginia Division of Financial Institutions](#) | - [Money Transmitter License](#)<br>- [Mortgage Lender License](#)<br>- [Mortgage Broker License](#)<br>- [Fintech Regulatory Sandbox Registration](#) | Money Transmitter License – December 31, 2022<br>Mortgage Lender License – December 31, 2022<br>Mortgage Broker License – December 31, 2022<br>Fintech Regulatory Sandbox Registration – December 31, 2022 | Yes | No |

# Company Licenses Accepting NMLS ESB

**Need help understanding this information? [Click here](#)**

| Agency Name<br>(Conversion Plans Available via Links Below) | Company License Type<br>*Branch Bonds are Not Accepted* | Mandatory/Optional Dates | Accept Cancellation in NMLS? | Continuation Certificates |
|---|---|---|---|---|
| [Wisconsin Department of Financial Institutions](#) | • [Mortgage Banker License](#)<br>• [Mortgage Broker License](#) | 9/12/2016 – Mandatory for New Applications<br>9/1/2017 – Conversion Deadline | Yes | No |
| [Wyoming Division of Banking](#) | • [Exempt Company Registration](#)<br>• [Money Transmitter License](#)<br>• [Mortgage Broker License](#)<br>• [Mortgage Lender/Broker License](#)<br>• [Supervised Lender License (SLL)](#)<br>• [Collection Agency License (CAL)](#) | 9/12/2016 – Mandatory for New Applications<br>6/30/2017 – Conversion Deadline<br>For SLL—<br>1/1/2017 — Mandatory for New Applications<br>6/30/2017 — Conversion Deadline<br>For CAL –<br>8/1/2018 – Mandatory for New Applications<br>9/30/2018 – Conversion Deadline | Yes | No |

[Click here to access Expired ESB Form Versions.](#)