# EXHIBIT 9



**NAVIGATION GUIDE**

# Renewals Handbook For Money Services Business, Debt, and Consumer Finance Companies



4. After reviewing the attestation language, select the **checkbox** next to <u>I verify that I am the named person above and agree to the language as stated</u>.
5. Click the **Pay Invoice** button.



**NOTE:** All NMLS transactions that are paid by credit or debit card have a 2.5 percent service fee added to the charge. Paying by ACH is simple and do not incur the service fee. See the [Quick Guide: Paying by ACH](#) for assistance.